11 exhibits enumerated in the moving affidavit and item 4(b), (c) and (d) of the verified bill of particulars, on condition that the original exhibits and original bill of particulars are filed with the Clerk of this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MANUEL RAMIREZ.— Motion for assignment of counsel granted and Whitman Knapp, Esq. and Robert F. Ambrose, Esq. of 26 Broadway, New York, N. Y. are assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HERNANDEZ.— Motion for assignment of counsel granted and Irving Mendelson, Esq. of 217 Broadway, New York, N. Y. and Jacob W. Friedman, Esq. of 170 Broadway, New York, N. Y. are assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

In the Matter of the Estate of HERMAN LEVINE, Deceased. JOSEPH QUITTNER et al., as Executors, v. HENRY I. LEVINE, as General Guardian of BARBARA F. LEVINE, an Infant.— Order of this court entered March 24, 1960 resettled. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED LEWIS.— Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

## (March 30, 1960)

THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSE INDELICATO, Alias SONNY RED.— Motion for an adjournment granted and the argument of the appeal is adjourned to the May 1960 Term of this court. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

## (March 31, 1960)

THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE PASSANTE.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Anthony F. Marra, Esq., of 100 Centre Street, New York, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion by defendant-appellant for leave to reargue or, in the alternative, for an order dismissing his appeal, denied. Concur — M. M. Frank, J. P., Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion by the District Attorney to dismiss appeal granted. Concur — M. M. Frank, J. P., Valente, McNally and Stevens, JJ.